1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12 YURI TATARNIKOV,                          )
                                             ) No. C 07-3298 CW
13              Plaintiff,                   )
                                             )
14         v.                                )
                                             ) **STIPULATION TO DISMISS AND**
15 Department of Homeland Security, MICHAEL  ) **[PROPOSED] ORDER**
   CHERTOFF, Secretary; United States Citizenship )
16 and Immigration Services, EMILIO T.       )
   GONZALEZ, Director; United States Citizenship )
17 and Immigration Services, ALFONSO AGUILAR,)
   Chief; United States Citizenship and Immigration )
18 Services, ROSEMARY MELVILLE, District     )
   Director; U.S. Attorney General, ALBERTO  )
19 GONZALES; Federal Bureau of Investigation,)
   ROBERT S. MUELLER, III, Director,         )
20                                           )
                Defendants.                  )
21                                           )

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 adjudicate such application within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-3298 CW                                  1

1 | Dated: August 6, 2007                   Respectfully submitted,

2                                                    SCOTT N. SCHOOLS
United States Attorney

4                                                _____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: August 6, 2007                  _____/s/_____
MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____
CLAUDIA WILKEN
United States District Judge

Stipulation to Dismiss
C07-3298 CW                                 2