SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YURI TATARNIKOV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Department of Homeland Security, MICHAEL CHERTOFF, Secretary; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director; U.S. Attorney General, ALBERTO GONZALES; Federal Bureau of Investigation, ROBERT S. MUELLER, III, Director,<br><br>　　　　　Defendants. | No. C 07-3298 CW<br><br>**STIPULATION TO DISMISS AND ORDER** |

　　Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

　　Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-3298 CW                                                    1

///

Dated: August 6, 2007                    Respectfully submitted,

                                         SCOTT N. SCHOOLS
                                         United States Attorney


                                         _____/s/_____
                                         EDWARD A. OLSEN
                                         Assistant United States Attorney
                                         Attorneys for Defendants


Dated: August 6, 2007                    _____/s/_____
                                         MONICA KANE
                                         Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 8/8/07                            _____*Claudia Wilken*_____
                                         CLAUDIA WILKEN
                                         United States District Judge

Stipulation to Dismiss
C07-3298 CW                           2